# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Scott Dolemba

                        Plaintiff,

v.                                         Case No.: 1:18−cv−03269
                                                            Honorable Steven C. Seeger

Hearing Better For Life, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 20, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings: Settlement conference held. The parties reached a settlement agreement. The parties have also indicated that they will execute and file a consent form authorizing this Court to conduct all remaining proceedings in this case. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.