IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, on behalf of plaintiff and the class defined below, ) ) ) | |
| Plaintiff, ) ) | 18 C 3269 |
| v. ) ) | Judge Seeger |
| ) | Magistrate Judge Cummings |
| HEARING BETTER FOR LIFE, LLC and ) JOHN DOES 1-10, ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Scott Dolemba and defendant Hearing Better for Life, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Scott Dolemba's claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

s/ Ted A. Donner (w/ consent)
Ted A. Donner
Donner & Company Law Offices LLC
1125 Wheaton Oaks Court
Wheaton, IL 60187
(630) 588-1131

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on October 1, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

    Ted A. Donner - tdonner@donnerco.com
    Donner & Company Law Offices, LLC
    1125 Wheaton Oaks Court
    Wheaton, IL 60187

                                                    s/Heather Kolbus
                                                    Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200