# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | 18 C 3269 |
| vs. | ) ) | Magistrate Judge Cummings |
| HEARING BETTER FOR LIFE, LLC, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**TO:** Please see certificate of service.

    **PLEASE TAKE NOTICE** that on June 16, 2020 at 10:00 a.m., we shall appear before the Honorable Magistrate Judge Cummings in room 1350 of the United States District Court for the Northern District of Illinois, Eastern Division, and present: **MOTION FOR SUBSTITUTION OF PLAINTIFF**, a copy of which has been filed electronically and served upon you.

                                                                                                    s/ Daniel A. Edelman
                                                                                                         Daniel A. Edelman

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, certify that on May 21, 2020, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice to be sent via email to the following:

    Ted A. Donner - tdonner@donnerco.com
    Donner & Company Law Offices, LLC
    1125 Wheaton Oaks Court
    Wheaton, IL 60187

                                                      s/ Daniel A. Edelman
                                                      Daniel A. Edelman

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200