# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Herminia Dolemba

                                            Plaintiff,

v.                                                                                      Case No.: 1:18–cv–03269
                                                                                     Honorable Jeffrey Cummings

Hearing Better For Life, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: Telephonic motion hearing held. For the reasons stated in the attached Order, Plaintiff's motion to enforce settlement [93] is granted. See attached Order. Judgment in entered in favor of plaintiff Herminia Dolemba and against defendant Hearing Better for Life, LLC in the amount of $26,250.02. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.