**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HERMINIA DOLEMBA, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 3269 |
| | ) | |
| vs. | ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| HEARING BETTER FOR LIFE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter coming to be heard on Plaintiff Herminia Dolemba's motion to enforce settlement or in the alternative, to enter judgment on the settlement, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

1. This Court has jurisdiction of this case pursuant to 28 U.S.C. §§1331 (federal question), 1337 (commerce), and 1367 (supplemental jurisdiction).

2. The parties entered into a written settlement agreement on or about December 31, 2019 that required defendant Hearing Better for Life, LLC to pay plaintiff $35,000 in twelve installment payments. Defendant has made three installment payments and has failed to pay any others (including the three payments that were due and owing prior to today's date).

3. Plaintiff asserts that defendant has breached the parties' settlement agreement by not making timely payments of the settlement proceeds due under the installment payment schedule. Defendant does not dispute that it has failed to timely pay the settlement proceeds as required by the settlement agreement. Defense counsel has further represented in open court that defendant has not present intention of making the remaining settlement payments.

4. For these reasons, the Court finds that defendant has breached the parties' settlement agreement. Therefore, plaintiff's motion is granted. Judgment is entered in favor of plaintiff Herminia Dolemba and against defendant Hearing Better for Life, LLC in the amount of $26,250.02.

**ENTERED:**

Dated: July 30, 2020

Jeffrey I. Cummings
United States Magistrate Judge